UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Carla Phillips v. Bayer Corporation et al* | No. 11-cv-12261-DRH |
| *Lori Ann Pierce et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11831-DRH |
| *Kristy Protsman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12792-DRH |
| *Gladys Quinonez v. Bayer Corporation et al* | No. 10-cv-10976-DRH |
| *Lola F. Ramey v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12290-DRH |
| *Jennifer Ramos v. Bayer Corporation et al* | No. 09-cv-10201-DRH |
| *Karen H. Reed v. Bayer Corporation et al* | No. 12-cv-10478-DRH |
| *Kashetta Reffitt v. Bayer Corporation et al* | No. 10-cv-10017-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                      **JUSTINE FLANAGAN,**
                      **ACTING CLERK OF COURT**

                      **BY:** _/s/*Caitlin Fischer*_
                            **Deputy Clerk**

**Dated:** August 6, 2014

Digitally signed by David R. Herndon
Date: 2014.08.06 15:24:07 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**